Seth A. Gold (SBN 163220)
Seth.Gold@btlaw.com
Roya Rahmanpour (SBN 285076)
Roya.Rahmanpour@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Deborah Pollack-Milgate (Admitted Pro hac vice)
Deborah.PollackMilgate@btlaw.com
Joseph L. Fehribach (Admitted Pro hac vice)
Joseph.Fehribach@btlaw.com
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Attorneys for Plaintiffs
Paul E. Arlton and David J. Arlton

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. ARLTON, an individual and DAVID J. ARLTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AEROVIRONMENT, INC. a Delaware corporation, <br><br> Defendant. | Case No. 2:20-cv-07438-AB (GJSx) <br><br> [Assigned to the Hon. André Birotte Jr.] <br><br> **DECLARATION OF PAUL ARLTON IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DENY SAME PURSUANT TO FED. R. CIV. P. 56(d)** <br><br> Hearing Date: March 26, 2021 <br> Time:        10:00 a.m. <br> Location:      Courtroom 7B |

### DECLARATION OF PAUL ARLTON

1.     I, Paul Arlton, am the President and Chief Executive Officer of Lite Machines Corporation and co-owner of U.S. Patent No. 8,042,763 ("the '763 Patent"). I submit this declaration in support of the Opposition to AeroVironment's Motion for Summary Judgment. Dkt. No. 35. This declaration is based on my personal knowledge, unless otherwise stated below. If called as a witness, I could and would testify to the matters discussed below.

2.     By way of background, I hold a Bachelor of Science degree in Aerospace, Aeronautical and Astronautical Engineering from the University of Colorado, Boulder, College of Engineering and Applied Science, and a Master's degree in Business Administration from the Stanford Graduate School of Business. Since 1991, I have been the President of Lite Machines Corporation ("Lite"), which I founded along with my brother, David Arlton ("Dave").

3.     Lite specializes in rapid development programs for government and commercial customers involving unmanned vehicles and remote sensing. In connection with Lite and otherwise, Dave and I have been working on unmanned aerial vehicle ("UAV") technology for nearly three decades, including small helicopters known as coaxial rotor UAVs or coaxial rotor drones. These small helicopters are easily distinguished from other types of drones because they have two main rotor systems that rotate in opposite directions around a common shaft and do not need the small tail rotor found on single-rotor helicopters. For reference, pictures of the UAVs that Dave and I have worked on are attached to this Declaration as **Exhibit A**, along with a picture of the Mars Helicopter Ingenuity.

4.     Dave and I are inventors and co-owners of the '763 patent, which issued on October 25, 2011. The '763 patent focuses on coaxial rotor UAV technology, which we improved in the '763 patent by, among other things, providing a hollow, non-rotating mast tube running vertically between the upper and lower rotors of a coaxial rotor helicopter that acts as a central conduit for electrical wiring. This feature allows

electrical system components located above, between, and below the rotor blades to easily communicate with each other. In this arrangement, the mast tube also supports control system components and electric motors to drive the rotor blades. The effect of these improvements was to reduce the number of parts on coaxial rotor UAVs by about 90% and provide a lighter, stronger, and a much less complicated design than what was the state of the art. This enabled a variety of missions that had not previously been thought possible.

5.    Since issuance of the '763 patent, we have provided a non-exclusive license to Lite, as needed, to commercialize this technology as the Voyeur UAV and the Tiger Moth UAV. Both the Voyeur UAV and Tiger Moth UAV include the features of at least claim 1 of the '763 patent.

6.    Since 2005, Lite has been awarded over $30 million in Small Business Innovation Research ("SBIR") and Small Business Technology Transfer ("STTR") sole-source prime contracts under 15 U.S.C. § 638 (the "SBIR Statute") to develop and demonstrate the Voyeur UAV and Tiger Moth UAV for the Navy, Air Force, Army and Special Operations Command. In all cases, the contracts incorporated technology from the '763 patent.

7.    The SBIR program as laid out in the Statute is comprised of three phases. Phase I regards feasibility, Phase II regards prototype development, and Phase III regards commercialization. Lite has been awarded numerous Phase I and Phase II contracts and three Phase III contracts. In particular, Lite was awarded an SBIR Phase III sole-source prime contract by the Air Force numbered FA8651-10-C-0337 on September 29, 2010, to refine the Tiger Moth stability and control system for the United States Special Operations Command ("USSOCOM").

8.    Lite's deliverables for contract line item 0001 of contract FA8651-10-C-0337 included five (5) Tiger Moth V6.1 vehicles to support control system development and flight testing. A true and correct copy of this contract, with limited redactions, is attached hereto as **Exhibit B**, 1-4.

9.    Lite's deliverables for contract line item 0002 of contract FA8651-10-C-0337 required optimizing subsystems of the Tiger Moth UAV including the rotor blade design, collective pitch control system and drive motor system. *See* Exhibit B, 1-2.

10.    Under contract FA8651-10-C-0337, Lite awarded a subcontract to the helicopter subject matter experts in the Army Aeroflightdynamics Directorate at NASA Ames to support control system development and flight testing of the Tiger Moth UAV.

11.    As required by contract FA8651-10-C-0337, Dave and I optimized the rotor blade design, collective pitch control system and drive motor system shown in the '763 patent for the Tiger Moth UAV and worked with the helicopter scientists at NASA Ames to tune the flight control system. We performed untethered outdoor flight demonstrations of a fully operable Tiger Moth system to USSOCOM in 2011. The Tiger Moth system met all contractual requirements for stability and control authority and the flight test results were accepted by the Government. *See* Exhibit C at 10, *infra* at ¶ 13.

12.    We completed this project with NASA Ames at Technology Readiness Level 7 ("TRL 7"). Technical readiness levels are the way in which NASA characterizes the technical maturity of new aircraft systems. Each level represents a significant increase in maturity from the level below. TRL 7 means that a system prototype has been demonstrated in an operational environment. TRL 7 is also an indication that a system is ready to proceed to production.

13.    In May 2012, Dave and I presented a scientific research paper titled, "Control System Development and Flight Testing of the Tiger Moth UAV" at the American Helicopter Society 68th Annual Forum. A true and correct copy of this paper is attached hereto as **Exhibit C**. The paper was coauthored by the lead helicopter expert and senior scientist at NASA Ames and described the unique design of the Tiger Moth UAV and the operational characteristics of its high-performance flight control system. USSOCOM subsequently published a profile of the Tiger Moth UAV highlighting its innovative technology and military and commercial significance to mark the successful completion of our SBIR Phase III program. A true and correct copy of this publication is

4

attached hereto as **Exhibit E**.

14.    By January 2016, Dave and I had further refined and miniaturized the Tiger Moth UAV and were preparing for high volume serial production. Lite had previously manufactured and sold over 15,000 radio-controlled helicopters in the 1990s, and we were in the process of developing a state-of-the-art R&D and manufacturing facility in Carlsbad, California, to produce the Tiger Moth UAV and support Lite's future government research and development contracts. We planned to invest at least $9 million in facilities and equipment and arranged a $5.2 million bank loan and $1 million in tax abatements over five years from the State of California. We also planned to hire at least 90 full-time employees. The technology included in the Tiger Moth system, and all of our knowledge of rapid prototyping and special manufacturing processes developed over years of production operations was immediately available to NASA for use in the Mars Helicopter program at all times after 2012.

15.    Between 2013 and 2015 the Air Force authorized payment of license fees to Dave and me for the '763 patent on multiple occasions. In October 2015, we proposed a new technology license to the Air Force for the '763 patent, but the Air Force did not respond to our proposal.

16.    In 2015, and up to January 2016, Lite was negotiating with the Air Force for three new SBIR Phase III research, development, and commercialization contracts that included the Mars Helicopter. The negotiations concerned the '763 patent and the Tiger Moth UAV technology Dave and I developed and described in our SBIR Phase III research paper with NASA Ames in 2012 under contract FA8651-10-C-0337. We expected to receive an SBIR Phase III sole-source prime contract for all follow-on work including the Mars Helicopter program pursuant to 15 U.S.C. § 638(r)(4) which states: "To the greatest extent practicable, Federal agencies and Federal prime contractors *shall* . . . (B) issue, without further justification, Phase III awards relating to technology, including sole source awards, to the SBIR and STTR award recipients that developed the technology." (Emphasis added.)

17.    Also, between 2006 and 2008, like thousands of other small business contractors, I participated in several small business conferences and training sessions sponsored by the Navy and Air Force in which representatives of the Navy and Air Force explained the SBIR program using tutorials written by the Small Business Administration ("SBA"). These tutorials referred to 15 U.S.C. § 638(r)(4) as the "Phase III Mandate." The SBIR Data Rights tutorial on the SBA website says the following in describing the mandatory character of 15 U.S.C. § 638(r)(4):

> Another valuable Phase III right is what is known as the 'Phase III mandate.' This mandate states that a Phase III _must_ be awarded to the SBIR or the STTR developer to the greatest extent practicable, consistent with the agency's mission. This is the other side of the sole-source right. Not only can an SBIR firm receive a Phase III sole-source, but the government in fact _must_ award a Phase III to the SBIR firm that developed the Phase III technology to the greatest extent practicable. The phrase 'to the greatest extent practicable' provides a very narrow exception to the mandate. However, it is exactly that, a very narrow exception. It would seem that it would almost never be possible to justify why it is not 'to the greatest extent practicable' to award continuation of a technology to the firm that first invented it…. SBA has strengthened this Phase III mandate in its Directive by requiring federal agencies to justify in writing to the SBA why they did not award a Phase III to the SBIR firm that developed the technology.

*See* https://www.sbir.gov/tutorials/data-rights/tutorial-4# (emphasis added).

18.    Accordingly, Dave and I expected Lite Machines to receive an SBIR Phase III sole-source prime contract for the Mars Helicopter program. But that all changed dramatically on February 5, 2016, when we were suddenly and unexpectedly informed that there was no funding for the Tiger Moth UAV or any follow-on work. That was a heavy blow. Without Lite's core business and SBIR funding we were forced to close Lite, lay off its workforce, and abandon our drone production facility in California.

19.    By this time, the complete UAV Tiger Moth system, including electronics, software and a sophisticated rotor system based on the '763 patent had already been integrated into the flight control design software at NASA Ames, analyzed by the senior helicopter scientist for the Army at NASA Ames, demonstrated to NASA Ames and

6

USSOCOM at TRL 7 and was immediately available to NASA.

20.    When Dave and I learned in 2020 that the Mars Helicopter Program had actually continued forward in 2016 with AeroVironment, we were shocked. I have personally reviewed scientific and promotional materials published by AeroVironment and NASA/JPL and determined that the Mars Helicopter Ingenuity incorporates the technology claimed in the '763 patent. Below is a comparison of the Mars Helicopter Ingenuity rotor system and Fig. 15 of the '763 patent showing the non-rotating mast tube, rotor blades and blade pitch controllers of the Mars Helicopter Ingenuity configured in accordance with claim 1 of the '763 patent.

**Mars Helicopter Ingenuity Rotor System**[1]



Fig. 3 Rotor System, including the rotor blades and hubs, swashplates and control linkages, servos, propulsion motors, and main mast structure

**United States Patent No. 8,042,763**



In addition, the Mars Helicopter Ingenuity incorporates blade pitch controllers and rotor drive motors in accordance with at least claim 3 and claims 5 through 9 of the '763 patent.

21.    We were even more dismayed to see that AeroVironment was claiming over two decades of our research and development work as its own even though AeroVironment and NASA/JPL know that the Mars Helicopter Ingenuity derives from Lite's Tiger Moth SBIR Phase III program with the Air Force and NASA Ames. We were especially upset that we had been denied the opportunity to develop the Mars Helicopter as part of the Tiger Moth SBIR program.

22.    The choice of AeroVironment was also puzzling to us. AeroVironment was not technically suited to take on the challenge of the Mars Helicopter. Given its primary focus on fixed-wing aircraft and lack of relevant experience with coaxial rotor UAVs, AeroVironment was not a logical candidate for further development efforts by NASA and JPL.

23.    Even though the Mars Helicopter Ingenuity includes technology from the '763 patent, our Tiger Moth UAV is significantly lighter and simpler than the Mars Helicopter Ingenuity. Weight is exceptionally important in spacecraft and researchers at JPL argued over adding just three grams of weight to the Mars Helicopter Ingenuity which weighs about 1800 grams. NASA's Helicopter Ingenuity Will Attempt the First Flight on Mars, Smithsonian (February 16, 2021), *available at* https://www.smithsonianmag.com/science-nature/nasas-helicopter-ingenuity-will-attempt-first-flight-mars-180976958/#:~:text=Ingenuity%2C%20a%20four%2Dpound%20helicopter,arrival%20date%20of%20February%2018. But in 2016, the Tiger Moth UAV weighed only 1200 grams which is about *600 grams less* than the Mars Helicopter Ingenuity. *See Design and Fabrication of the Mars Helicopter Rotor, Airframe, and Landing Gear Systems*, AIAA SciTech Forum, 7-11 January 2019, San Diego, California, at 1, a true and correct copy of which is attached hereto as **Exhibit D**. In addition, the Mars Helicopter

8

1    Ingenuity requires 81 wires in its mast tube to support its flight control and power
2    distribution systems. *Id.* The Tiger Moth requires only six (6) wires.
3         24.    The reasons for NASA/JPL's decision to award the Mars Helicopter
4    Program SBIR Phase III contract to AeroVironment are a mystery to me.
5
6         I declare under penalty of perjury that the foregoing is true and correct. Executed
7    on March 5, 2021 at Carlsbad, California.
8
9                                                    **Paul Arlton**
10
11   _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF PAUL ARLTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND MOTION TO DENY SAME PURSUANT TO FED. R. CIV. P. 56(d)**