# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL E. ARLTON, an individual and DAVID J. ARLTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AEROVIRONMENT, INC. a Delaware corporation, <br><br> Defendant. | Case No. 2:20-cv-07438-AB (GJSx) <br><br> [Assigned to the Hon. André Birotte Jr.] <br><br> **[PROPOSED] JUDGMENT** <br><br> Hearing Date: March 26, 2021 <br> Time: 10:00 a.m. <br> Location: Courtroom 7B <br> Complaint Filed: August 17, 2020 <br> Trial Date: March 8, 2022 |

Defendant AeroVironment, Inc.'s ("AeroVironment" or "Defendant") Motion for Summary Judgment was heard by this Court on March 6, 2021. After taking the matter under submission, the Court entered an Order on April 22, 2021, Granting AeroVironment's Motion for Summary Judgment in its entirety. By way of the same Order, the Court denied Plaintiffs Paul E. Arlton's and David J. Arlton's ("Plaintiffs") Motion for Leave to File a First Amended Complaint. Having granted AeroVironment's Motion for Summary Judgment in its entirety:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of AeroVironment and against Plaintiffs on Counts I, II,

**JUDGMENT**

and III. Plaintiffs take nothing against AeroVironment.

Further, AeroVironment is the prevailing party, and is therefore awarded costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54. AeroVironment may seek its costs within fourteen (14) days after the entry of this judgment.

Dated: May 12, 2021

_____
André Birotte Jr.
United States District Judge