# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL E. ARLTON, an individual and DAVID J. ARLTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AEROVIRONMENT, INC. a Delaware corporation, <br><br> Defendant. | Case No. 2:20-cv-07438-AB (GJSx) <br><br> [Assigned to the Hon. André Birotte Jr.] <br><br> **JUDGMENT** |

  Defendant AeroVironment, Inc.'s ("AeroVironment" or "Defendant") Motion for Summary Judgment was initially heard by this Court on March 6, 2021. After taking the matter under submission, the Court entered an Order on April 22, 2021, granting AeroVironment's Motion for Summary Judgment in its entirety. By way of the same Order, the Court denied Plaintiffs Paul E. Arlton's and David J. Arlton's ("Plaintiffs") Motion for Leave to File a First Amended Complaint. At Plaintiffs' request, through their Motion for Relief from Judgment based on Defendant's previously undisclosed "Terry" helicopter, that judgment was subsequently vacated, and the case was reopened to allow Plaintiffs to take additional discovery into whether AeroVironment sold or offered to sell certain helicopters commercially or otherwise

used them commercially in a substantial way. Following additional discovery and briefing, the Court again Granted AeroVironment's Motion for Summary Judgment on August 15, 2023, and Denied Plaintiffs' request for further relief. Having granted AeroVironment's Motion for Summary Judgment in its entirety:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be entered in favor of AeroVironment and against Plaintiffs on Counts I, II, and III. Plaintiffs take nothing against AeroVironment.

Further, AeroVironment is the prevailing party pursuant to Federal Rules of Civil Procedure, Rule 54(d) and Local Rule 54, and may be awarded costs through an Application to the Clerk to Tax Costs.

Dated: September 13, 2023     _____
André Birotte Jr.
United States District Judge

1
**JUDGMENT**